**Motion GRANTED and Order filed October 3, 2014.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00783-CV

_____

## IN RE KEVAN CASEY, JINSUN LLC, AND FAR EAST STRATEGIES LLC, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-54501**

## ORDER

On October 1, 2014, relator Kevan Casey, Jinsun LLC, and Far East Strategies LLC, filed a petition for writ of mandamus in this court. Relators ask this court to order the Honorable Michael Landrum, Judge of the 113th District Court, in Harris County, Texas, to set aside his order dated September 15, 2014,

entered in trial court number 2012-54501, styled *Khaled Alattar v. Kevan Casey, et al.* Relators claim respondent abused his discretion by denying their motion to dismiss for lack of jurisdiction.

Relators have also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On October 1, 2014, relators asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** all proceedings in trial court cause number 2012-54501, *Khaled Alattar v. Kevan Casey, et al.*, **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

In addition, the court requests the real party-in-interest, to file a response to the petition for writ of mandamus on or before October 15, 2014. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices McCally, Brown, and Wise.